UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNAE L. SANDERS,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

        Defendants.
_____/

Case No. 10-15041

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on July 31, 2012, judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

                              DAVID WEAVER

Dated: July 31, 2012        By: s/Julie Owens
                                     Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 31, 2012, by electronic and/or ordinary mail.

                              S/Julie Owens
                              Case Manager, (313) 234-5160